UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| COMPUTER PATENT ANNUITIES NORTH AMERICA LLC<br>    Movant,<br><br>    v.<br><br>COMPUTER PACKAGES INC. ET AL<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action: 1:07mc18 |

## ORDER

Whereas the parties Computer Patent Annuities North America LLC (CPA), and Computer Packages, Inc. (CPi), jointly stipulate to the withdrawal of the subpoena served by CPi on CPA, with prejudice, and to the dismissal of the motion to quash the subpoena as moot, except that CPi reserves the right to depose under the subpoena one or more CPA personnel solely for authentication purposes,

IT IS this  6th  day of July, 2007, by the United Stated District Court for the Eastern District of Virginia hereby **ORDERED** that:

the subpoena served by CPi on CPA is withdrawn with prejudice, except that CPi reserves the right to depose under the subpoena one or more CPA personnel solely for authentication purposes, and the Motion of Nonparty to Quash Subpoena and for Protective Order is dismissed as moot.

/s/
Liam O'Grady
United States Magistrate Judge

Hon. Liam O'Grady
United States Magistrate Judge